**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
**CASE NO: 8:26-CV-00602**

**SHAUN ORNOT,**

   **Plaintiff,**

 **v.**

**ELEVANCE HEALTH, INC.,**

   **Defendant.**

## MOTION TO CANCEL HEARING

In accordance with this Court's Order Referring Case to U.S. Magistrate Judge for Consideration Of The Inexpensive Determination, Efficient, And Abbreviated Litigation (IDEAL) Program, issued on May 18, 2026 (Dkt. No. 16), and the Notice of Hearing setting an IDEAL Case Management Conference June 29, 2026 (Dkt, No. 17), the undersigned respectfully moves for the Case Management Conference to be canceled. Defendant, Elevance Health, Inc., declines to participate in the IDEAL program and declines to proceed before a Magistrate Judge.

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 3.01(G)

Pursuant to the obligations imposed by Local Rule 3.01(g), I hereby certify that, prior to filing this motion, undersigned counsel conferred with Plaintiff's Counsel, who does not object to this motion.

WHEREFORE, Defendant moves for the June 29, 2026 Case Management

Conference to be canceled and hereby notifies the Court it declines to participate in

the IDEAL program.

DATED:  May 28, 2026                          Respectfully submitted,

                                             ELEVANCE HEALTH, INC.

                                             By:  */s/ Ashley B. Rutherford*
                                             Alex S. Drummond
                                             Florida Bar No. 0038307
                                             adrummond@seyfarth.com
                                             SEYFARTH SHAW LLP
                                             1075 Peachtree Street, N.E.
                                             Suite 2500
                                             Atlanta, GA 30309
                                             Telephone:  404-885-1500
                                             Facsimile:  404-892-7056

                                             Ashley B. Rutherford
                                             Florida Bar No. 0084022
                                             abrutherford@seyfarth.com
                                             SEYFARTH SHAW LLP

                                             *Counsel for Defendant*
                                             *Elevance Health, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 28, 2026, I presented the foregoing document with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Ashley B. Rutherford*
Ashley B. Rutherford