UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

SHAUN ORNOT,

    *Plaintiff*s,

v.                               No. 8:26-CV-00602-JLB-AEP

ELEVANCE HEALTH, INC.,

    *Defendant*s.

---

### NOTICE OF RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to file promptly a "Notice of Related Action" identifying and describing any related action – either pending or closed – in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

I certify that the above-captioned case:

☒    **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
EEOC Charge No. 511-2025-01463. Closed
Click or tap here to enter text.


☐    **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

Respectfully submitted by:


/s/ Jason B. Woodside
Jason B. Woodside, Esq.
FL Bar No. 104848
Woodside Law, P.A.
100 South Ashley Drive
Suite 600
Tampa, FL 33602
T: (813) 606-4872
F: (813) 333-9845
Email: Jason@woodsidelawpa.com
*Attorney for Plaintiff*

*/s/ Ashley B. Rutherford*
Alex S. Drummond
Florida Bar No. 0038307
adrummond@seyfarth.com
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309
Telephone:  404-885-1500
Facsimile:  404-892-7056

Ashley B. Rutherford
Florida Bar No. 0084022
abrutherford@seyfarth.com
SEYFARTH SHAW LLP

*Counsel for Defendant*
*Elevance Health, Inc.*

Dated:
5/13/2026

2